APRIL 5, 1804.

# David Logan *v.* William Marshall.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Lincoln county.*

In an action on an obligation payable in part in property, the plaintiff must aver a demand of the property at the defendant's place of abode, or his declaration is bad.

The verdict in this case having been taken on the second and third counts, in the declaration, which are partly for money and partly for property; and no special and precise demand being alleged, the declaration is defective, for the reasons contained in the decisions in the cases of *Chambers* v. *Winn,* and *Bridges* v. *Hardgrove.*

Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside; that the cause be remanded to the Lincoln circuit court for new proceedings, to commence by amending the declaration, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said circuit court.